AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 21, 2025**

SEAN F. MCAVOY, CLERK

KARI L. DOHRMAN,

*Plaintiff*

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, WENDY LONG, DONALD CLINTSMAN,

*Defendant*

Civil Action No. 2:24-CV-00359-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss Ms. Dohrman's Amended Complaint, ECF No. 27, is GRANTED. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rebecca L. Pennell

Date:  May 21, 2025

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore